so plaintiff had a right to commence and maintain the same. Finding no error, the judgment is affirmed, with costs to respondent. All concur.

---

CLAFLIN et al. v. NEW YORK SₐANDARD WATCH CO.

(City Court of New York, General Term.   May 9, 1893.)

TRIAL—REFERENCE OF COUNSEL TO PLEADINGS.
    Counsel have the right to refer to the pleadings during a trial.

Appeal from trial term.

Action by John Claflin and others against the New York Standard Watch Company. Judgment for defendant. Plaintiffs appeal. Affirmed.

Argued before EHRLICH, C. J., and FITZSIMONS and NEWBURGER, JJ.

Charles W. Gould, for appellant.

John L. Wilkie and John H. Weed,. (Lloyd McK. Garrison, of counsel,) for respondent.

EHRLICH, C. J.   The case seems to have been carefully tried, and the result arrived at warranted by the evidence.   The counsel had the right to refer to the pleadings during the progress of the trial, as they are always before the court and jury.   Rowe v. Comley, 1 City Ct. R. 466, 2 Civil Proc. R. 424, 427.   We have examined the numerous exceptions, and find them without merit.   On the facts as found by the jury, the verdict rendered by them is right, and the judgment entered thereon, and the order denying the motion for a new trial, must be affirmed, with costs.   All concur.